

# Fourth Court of Appeals
## San Antonio, Texas

November 29, 2017

No. 04-17-00640-CR

William Boyd **PORTER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR4455
Honorable Jefferson Moore, Judge Presiding

# O R D E R

On November 6, 2017, we ordered appellant to provide written proof to this court within ten days of the date of this order that either (1) the reporter's fee had been paid or arrangements had been made to pay the reporter's fee; or (2) appellant was entitled to appeal without paying the reporter's fee. On November 15, 2017, court reporter Delcine Benavides filed a notification of late reporter's record, stating that appellant had made arrangements to pay the reporter's fee and requesting an extension to file the reporter's record until February 21, 2018. We GRANT the court reporter's request IN PART and ORDER Delcine Benavides to file the reporter's record on or before **December 29, 2017**. *See* TEX. R. APP. P. 35.3(c).

Appellant has also filed a Notice to the Court and Motion for Extension of Time to File Appellant's Brief. Appellant states that he has made arrangements with the court reporter to pay the reporter's fee. Appellant also moves for an extension of time to file his appellant's brief. Appellant's motion for extension of time to file appellant's brief is DENIED AS MOOT, because his brief is not yet due. Appellant's brief will be due thirty days after the court reporter files the reporter's record.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of November, 2017.



Keith E. Hottle
Clerk of Court